UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br>　　　　Petitioner,<br>　　v.<br>GOVERNOR GAVIN NEWSOM, et al.,<br>　　　　Respondents. | Case No. 25-cv-02740-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　On March 21, 2025, petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed the Court sent a notification to petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application.  The Clerk of the Court sent petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

　　　　More than twenty-eight days have passed, and petitioner has neither paid the filing fee nor returned the *in forma pauperis* application.

　　　　IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall terminate all pending motions and close the file.

　　　　IT IS SO ORDERED.

Dated:   June 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge